Wr-54,045-02    54,045-02

Ms Abel Acosta. My name is Richard B Mitchell 1906369. I am writing in reference of my writ of habeas corpus #007-1118-13A. I just recieved my first notice from you on 12-17-14. Reason for this delay some way you got my address wrong. You all sent my first notice to 8500 n FM 3053 Overton, Tx 75684 I have no clue how this mix up happen. The correct mailing address is below. Also you should be recieving another writ from Smith County District Clerk Lois Roger. Cause #007-1119-13A Also if you have sent me any notices or correspondence I have not recieved anything else do to the wrong address to a place I've never been. Please let me no soon as possible with the correction of address change and any other importance information I need to catch up to what's going on. Thank you very much for your time and patience

Sinceerly Richard B Mitchell

Richard Mitchell 1906369

1700 n FM 87

Bonham. Tx 75418

Choice Moore Unit

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 30 2014

Abel Acosta, Clerk